**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 975 Walton Bronx LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)**     47-2516815 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5712 New Utrecht Ave**<br>**Brooklyn, NY 11219-4633**<br>Number, Street, City, State & ZIP Code | **1449 37th St**<br>**Ste 608**<br>**Brooklyn, NY 11218-4381**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**Bronx, New York**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | 975 Walton Bronx LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5313</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☒ No
- ☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor     **975 Walton Bronx LLC**                                    Case number (*if known*) _____
　　　　　　　Name

**11. Why is the case filed in this district?**     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**▆▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    975 Walton Bronx LLC
_____          Case number (if known) _____
          Name

████  **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2021**
                       MM / DD / YYYY

**X** /s/ David L. Smith, Esq.                    David L. Smith, Esq.
_____          _____
Signature of authorized representative of debtor          Printed name

Title    **Manager**
_____

**18. Signature of attorney**

**X** /s/ _[signature]_                          Date  **February 24, 2021**
_____          MM / DD / YYYY
Signature of attorney for debtor

**Kevin J. Nash**
_____
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
_____
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**        Email address    knash@gwfglaw.com
_____          _____

_____
Bar number and State

## 975 WALTON BRONX LLC

### COMPANY RESOLUTION IN SUPPORT OF CHAPTER 11 FILING

WHEREAS, the corporate affairs of 975 Walton Bronx LLC (the "Company") are governed by certain Second Amended and Restated Operating Agreement (the "Operating Agreement"); and

WHEREAS, in accordance with the Operating Agreement, a series of special meetings of the Company having been called and convened with the last occurring on February 24, 2021, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED**, that David L. Smith is designated as the manager and restructuring officer of the Company for purposes of filing and prosecuting the Chapter 11 filing on behalf of the Company;

> **RESOLVED**, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

> **RESOLVED**, David L. Smith is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Company to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 case and achieve confirmation of a plan of reorganization; and (c) pursue a restructuring of the Company's debts and obligations; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:   New York, New York
       February 25, 2021

                    975 WALTON BRONX LLC

                    By:   THE J PARTNERS GROUP LLC,
                            Managing Member

                          By:   /s/ David L. Smith
                                 David L. Smith
                                 Authorized Signatory

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                    Chapter 11

975 Walton Bronx LLC,                                                     Case No.

                                    Debtor.

------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

   David L. Smith declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

   1.  I have been engaged by the Debtor, 975 Walton Bronx LLC (the "Debtor") to act as the Company's non-member manager and restructuring officer for purposes of pursuing the Debtor's debt restructuring efforts in connection with the commencement of this Chapter 11 case.

   2.  I respectfully submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

### Events Necessitating the Chapter 11 Filing

   3.  The Debtor is a New York limited liability company which primarily owns a multi-family residential apartment building at 975 Walton Avenue, Bronx, NY containing approximately 182 apartments and approximately five (5) commercial leases including a cell tower (the "Building"). The Building was acquired by Debtor in or about 2015 with certain acquisition and mortgage financing provided by Investors Bank ("Investors") in the principal sum of $22.5 million (the "Mortgage").

4.     For many years, the Debtor was able to regularly service the mortgage debt without default.  However, with the onset of the Covid-19 pandemic in March, 2020, the Debtor witnessed an interruption in the collection of rents.  Cognizant of the impact of the current Covid-19 environment, the Debtor's sought a forbearance or modification from Investors including a moratorium in monthly payments.  At various points, the Debtor was hopeful that Investors would be acceptable to a negotiated restructuring of the Mortgage and was disheartened to learn that Investors recently sold and assigned the Mortgage to a private investor, Walton Improvement Group LLC ("Walton Group"), on or about October 30, 2020.

5.     Walton Group thereafter declared an acceleration of the entire debt on December 1, 2020 seeking to enforce defaults retroactive to the start of the pandemic in March 2020.  That Walton Group is seeking to retroactively declare an acceleration suggests that the Mortgage is now held by a note buyer which appears intent on attempting to wrestle control of the Building from the Debtor and effectively capitalize on the pandemic.

6.     Indeed, Walton Group has recently commenced a foreclosure action triggering the Debtor's need to seek Chapter 11 relief to maintain the status quo while revenue efforts at restructuring are pursued.  The value of the Building is flux due to the Covid-19 pandemic with true amount depending on the level of NOI in juxtaposition to a proper cap rate. The Debtor's schedules list a range of values since cap rates are rising in today's environment which diminishes overall value.

7.     However, the Building is worth attempting to save.  The Chapter 11 offers the best path forward for a restructuring and allows the Debtor the opportunity to extend the mortgage debt under revised post-confirmation interest rates or the ability to cure the arrears and reinstate the original debt.  The Debtor has several creditors, and this is not a two-party dispute.

Besides the Mortgage, the Building is also subject to a judgment entered in favor of Thor 975 Walton LLC ("Thor") on August 25, 2020 in the sum of $2,600,290 relating to pre-petition contract disputes. Thor has also noticed a judgment sale for March 10, 2021.

### Local Rule 1007-2 Disclosures

8.      Pursuant to Local Rule 1007-2(a)(3), no committee of creditors was formed prior to the filing of the Petition.

9.      Pursuant to Local Rule 1007-2(a)(4), a list of the Debtor's twenty largest creditors is included as part of the Debtor's bankruptcy schedules.

10.     Pursuant to Local Rule 1007-2(a)(5), Walton Group is the Debtor's lead secured creditor and Thor 975 Walton Avenue LLC likely holds an undersecured judgment (in whole or part).

11.     Pursuant to Local Rule 1007-2(a)(6), the Debtor's assets and liabilities are set forth in the accompany bankruptcy schedules.

12.     Pursuant to Local Rule 1007-2(a)(7), the membership interests of the Debtor are primarily held by the J Partners Group LLC.

13.     Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's assets are in the possession of a custodian, receiver, mortgagee, or assignee of rents.

14.     Pursuant to Local Rule 1007-2(a)(9), the Debtor owns the Building at 975 Walton Avenue, Bronx, NY.

15.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are located at its business offices in Brooklyn.

16.     Pursuant to Local Rule 1007-2(a)(11), a list of pending lawsuits is attached to the petition.

3

17.     Pursuant to Local Rule 1007-2(a)(12), I am the current Manager and restructuring officer of the Debtor.

18.     Pursuant to Local Rule 1007-2(b)(1), the Debtor maintains a monthly payroll of approximately $10,000.00 based on a reduced union workforce of two employees. The Debtor previously maintained four employees and recently terminated two individuals.

19.     The Building generates total rents of approximately $232,000 per month and expenses of approximately $178,000 per month without debt service.

Dated: New York, New York
       February 24, 2021

                              /s/ David L. Smith
                              David L. Smith, Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                          Chapter 11

975 Walton Bronx LLC,                                           Case No.

                              Debtor.
-------------------------------------------------------------x

## LIST OF LAWSUITS

1.  975 Walton Bronx LLC v Thor 975 Walton Avenue LLC
    Supreme Court of the State of New York, Bronx County
    Index No. 21464/2018E
    Breach of Contract

    Attorneys for Defendant:
    Joseph Matalon, Esq.
    450 Seventh Avenue, 33rd Floor
    BY, BY 10123

2.  Leroy Sookdeo v. 975 Walton Bronx LLC
    Supreme Court of the State of New York, Bronx County
    Index No. 30018/2019E
    Tort

    Attorneys for Plaintiff
    Ivan Diamond, Esq.
    888 Grand Concourse, Suite 1-L
    Bronx, NY 100451

3.  Shinelle Sookdeo v. 975 Walton Bronx LLC
    Supreme Court of the State of New York, Bronx County
    Index No. 34656/2019E
    Tort

    Attorneys for Plaintiff
    Rubenstein & Rynecki
    16 Court Street, Suite 1717
    Brooklyn, NY 11241

4.  Estella Jones v. 975 Walton Bronx LLC
    Supreme Court of the State of New York, Bronx County
    Index No. 31539/2019E
    Tort

    Attorneys for Plaintiff
    Mitchell Silbowitz, Esq.
    25 West 43rd Street, Suite 722
    New York, NY 10036

5.  975 Walton Bronx LLC v. Stephanny Perez
    Bronx County Civil Court
    Index No. LT-004021-19BX
    Nonpayment of rent

    Attorneys for Defendant
    No appearance

6.  975 Walton Bronx LLC v. Pansy Vassell
    Bronx County Civil Court
    Index No. LT-028058-19BX
    Nonpayment of rent

    Attorneys for Defendant
    No appearance

7.  975 Walton Bronx LLC v. Luz Marie DeJesus
    Bronx County Civil Court
    Index No. LT-040437-19BX
    Nonpayment of rent

    Attorneys for Defendant
    No appearance

8.  Walton Improvement Group LLC v. 975 Walton Bronx, LLC, et al.
    Supreme Court, County of Bronx
    Index No. 802465/2021E
    Mortgage Foreclosure

    Attorneys for Plaintiff
    Parker Ibrahim & Berg LLP
    Ben Z. Raindorf, Esq.
    5 Penn Plaza, Suite 2371
    New York, New York 10001

Dated:    New York, New York
         February 24, 2021

                                  975 Walton Bronx LLC

                                By:     /s/ David L. Smith
                                          David L. Smith, Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

975 Walton Bronx LLC,                                           Case No.

                             Debtor.

-------------------------------------------------------------x

### LIST OF EQUITY HOLDERS

| | |
|---|---|
| 25-32 Crooke LLC | 1.01% |
| The J Partners Group LLC | 49.99% |
| Balance comprising treasury stock | 49.00% |

Dated:   New York, New York
          February 24, 2021

                                  975 Walton Bronx LLC

                                By:   /s/ David L. Smith_____
                                      David L. Smith, Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

975 Walton Bronx LLC,                                           Case No.

                          Debtor.
------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1, 975 Walton Bronx LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated:   New York, New York
         February 24, 2021

                                       975 Walton Bronx LLC

                              By:    /s/ David L. Smith
                                     David L. Smith, Manager

Fill in this information to identify the case:

Debtor name   975 Walton Bronx LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belkin Burden Wenig & Goldman, LLP 270 Madison Ave # 5 New York, NY 10016-0601 | | | Unliquidated | | | $0.00 |
| Boro Water Services 5713 11th Ave Brooklyn, NY 11219-4508 | | | Unliquidated | | | $0.00 |
| Bug A Boo Inc. PO Box 140337 Staten Island, NY 10314-0337 | | | | | | $3,190.04 |
| Correcttemp Inc. 1463 E 15th St Brooklyn, NY 11230-6601 | | | | | | $2,081.69 |
| Estella Jones c/o Mitchell Silbowitz, Esq. 25 W 43rd Steet Ste 711 New York, NY 10001 | | | Unliquidated Disputed | | | $0.00 |
| G Bauer Inc. 1624 Webster Ave Bronx, NY 10457-8016 | | | | | | $5,819.37 |
| Goodstein PLLC 501 S G St Tacoma, WA 98405-4715 | | | | | | $2,500.00 |

Software Copynght (c) 2021 CINGroup - www.cincompass.com

| Debtor | 975 Walton Bronx LLC | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Green & Cohen, P.C. 319 E 91st St New York, NY 10128-5348 | | | | | | $470.50 |
| Jacobowitz Newman Tversky LLP 372 Pearsall Ave Ste C Cedarhurst, NY 11516-1816 | | | | | | $2,374.50 |
| JD Environmental Corp. 5014 16th Ave Brooklyn, NY 11204-1404 | | | | | | $1,800.00 |
| JD Lead 1973 52nd St Brooklyn, NY 11204-1732 | | | | | | $3,800.00 |
| Joe and Sons 145 Main Ave Passaic, NJ 07055-5452 | | | | | | $150,000.00 |
| Leroy Sookdeo c/o Ivan Diamond, Esq. 888 Grand Concourse Ste 1-L Bronx, NY 10451-2802 | | | Unliquidated Disputed | | | $0.00 |
| Millennium Elevator Enterprises Inc. 2618 Avenue Z Brooklyn, NY 11235-2052 | | | | | | $22,923.55 |
| Mizrahi Law Offices, LLC PO Box 3254 Teaneck, NJ 07666-9105 | | | | | | $3,845.00 |
| NYC Water Board PO Box 11863 Newark, NJ 07101-8163 | | | | | | $396,951.92 |

Debtor    **975 Walton Bronx LLC**                                    Case number *(if known)* _____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Tae | Unliquidated | | | $0.00 |
| Shinelle Sookdeo c/o Rubenstein & Rynecki 16 Court St Ste 1717 Brooklyn, NY 11241-1017 | | | Unliquidated Disputed | | | $0.00 |
| SR Construction USA Inc. 460 Macdonough St # A Brooklyn, NY 11233-1510 | | | | | | $2,450.00 |
| Yardi Systems Inc. PO Box 82572 Goleta, CA 93118-2572 | | | | | | $9,708.45 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **975 Walton Bronx LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2021**     X **/s/ David L. Smith, Esq.**
                                           Signature of individual signing on behalf of debtor

                                           **David L. Smith, Esq.**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    975 Walton Bronx LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                     Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Investor Bank | Operating | | unknown |
| 3.2. | Signature Bank | Third Party Management Account | | $371,888.00 |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.                                     $371,888.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   Deposits, including security deposits and utility deposits
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Con Edison | $44,170.00 |
| 7.2. | Investors Bank - tenant security deposits | $173,124.74 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor   975 Walton Bronx LLC
       Name

Case number *(if known)* _____

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.   **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

                                            $217,294.74

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:      753,614.47   -        0.00   = ....      $753,614.47
                             face amount                        doubtful or uncollectible accounts

12.   **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

                                              $753,614.47

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    975 Walton Bronx LLC_____    Case number *(If known)* _____
          Name

47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48.    Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    Aircraft and accessories

50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
          Janitorial Equipment/Supplies       $5,000.00            $5,000.00

51.    **Total of Part 8.**                                            $5,000.00
          Add lines 47 through 50. Copy the total to line 87.

52.    Is a depreciation schedule available for any of the property listed in Part 8?
          ■ No
          ☐ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
          ■ No
          ☐ Yes

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **975 Walton Ave, Bronx, NY 10452-9512** | Fee | TBD | Income approach | $13-20 million |

56.    **Total of Part 9.**                                       $0.00
          Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
          Copy the total to line 88.

57.    Is a depreciation schedule available for any of the property listed in Part 9?
          ■ No
          ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
          ■ No
          ☐ Yes

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    975 Walton Bronx LLC                              Case number *(if known)* _____
          Name

■ No.  Go to Part 11.
□ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

□ No.  Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td>Current value of<br>debtor's interest</td></tr>
<tr><td>71.</td><td>**Notes receivable**<br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.</td><td>**Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.</td><td>**Interests in insurance policies or annuities**</td><td></td></tr>
<tr><td>74.</td><td>**Causes of action against third parties (whether or not a lawsuit<br>has been filed)**</td><td></td></tr>
<tr><td>75.</td><td>**Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims**</td><td></td></tr>
<tr><td>76.</td><td>**Trusts, equitable or future interests in property**</td><td></td></tr>
<tr><td>77.</td><td>**Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership</td><td></td></tr>
<tr><td></td><td>**Insurance Claim**</td><td>$400,000.00</td></tr>
<tr><td></td><td>**Con Ed Credit**</td><td>$75,000.00</td></tr>
</table>

| 78. | **Total of Part 11.** | $475,000.00 |
|-----|------------------------|-------------|
|     | Add lines 71 through 77. Copy the total to line 90. | |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
□ Yes

---

Debtor    975 Walton Bronx LLC                                          Case number *(if known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $371,888.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $217,294.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $753,614.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $475,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,822,797.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,822,797.21 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **975 Walton Bronx LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1  Thor 975 Walton Avenue LLC**
Creditor's Name

c/o Joseph Matalon, Esq.
450 7th Ave Fl 33
New York, NY 10123-0083
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Walton Improvement Group LLC
2. Thor 975 Walton Avenue LLC

Describe debtor's property that is subject to a lien
**975 Walton Ave, Bronx, NY 10452-9512**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,600,290.00 | $0.00 |

**2.2  Walton Improvement Group LLC**
Creditor's Name

5676 Riverdale Ave Ste 307
Bronx, NY 10471-0403
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**975 Walton Ave, Bronx, NY 10452-9512**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| $21,000,000.00 | $0.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    975 Walton Bronx LLC                          Case number (if known) _____
_____
          Name

**Last 4 digits of account number**
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Walton Improvement Group LLC** | ■ Disputed |
| **2. Thor 975 Walton Avenue LLC** | |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$23,600,290. 00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ben Z. Raindorf, Esq.** **Parker Ibrahim & Berg LLP** **5 Penn Plz Ste 2371** **New York, NY 10001-1810** | Line   **2.2** | |

---

Fill in this information to identify the case:

Debtor name    **975 Walton Bronx LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346**

☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **975 Walton Bronx LLC**
_____    Case number (if known) _____
          Name

| | | | | |
|---|---|---|---|---|

2.3  Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $0.00    $0.00
**NYS Dep't of Taxation**                            Check all that apply.
**Bankruptcy/Special Procedure**                     ☐ Contingent
**PO Box 5300**                                      ■ Unliquidated
**Albany, NY 12205-0300**                            ☐ Disputed

Date or dates debt was incurred                      Basis for the claim:
_____                      _____

Last 4 digits of account number                      Is the claim subject to offset?
Specify Code subsection of PRIORITY                   ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)              ☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                                                                                  Amount of claim

3.1  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00
**Belkin Burden Wenig & Goldman, LLP**                  ☐ Contingent
                                                        ■ Unliquidated
**270 Madison Ave # 5**                                 ☐ Disputed
**New York, NY 10016-0601**
Date(s) debt was incurred __                            Basis for the claim: __
Last 4 digits of account number __                      Is the claim subject to offset?  ■ No  ☐ Yes

3.2  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00
**Boro Water Services**                                 ☐ Contingent
                                                        ■ Unliquidated
**5713 11th Ave**                                       ☐ Disputed
**Brooklyn, NY 11219-4508**
Date(s) debt was incurred __                            Basis for the claim: __
Last 4 digits of account number __                      Is the claim subject to offset?  ■ No  ☐ Yes

3.3  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $3,190.04
**Bug A Boo Inc.**                                      ☐ Contingent
                                                        ☐ Unliquidated
**PO Box 140337**                                       ☐ Disputed
**Staten Island, NY 10314-0337**
Date(s) debt was incurred __                            Basis for the claim: __
Last 4 digits of account number __                      Is the claim subject to offset?  ■ No  ☐ Yes

3.4  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $2,081.69
**Correcttemp Inc.**                                    ☐ Contingent
                                                        ☐ Unliquidated
**1463 E 15th St**                                      ☐ Disputed
**Brooklyn, NY 11230-6601**
Date(s) debt was incurred __                            Basis for the claim: __
Last 4 digits of account number __                      Is the claim subject to offset?  ■ No  ☐ Yes

3.5  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00
**Estella Jones**                                       ☐ Contingent
**c/o Mitchell Silbowitz, Esq.**                        ■ Unliquidated
**25 W 43rd Steet Ste 711**                             ■ Disputed
**New York, NY 10001**
Date(s) debt was incurred __                            Basis for the claim: __
Last 4 digits of account number __                      Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    975 Walton Bronx LLC _____    Case number (if known) _____
          Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $5,819.37 |
|---|---|---|---|

**3.6** Nonpriority creditor's name and mailing address
G Bauer Inc.

1624 Webster Ave
Bronx, NY 10457-8016

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,819.37

---

**3.7** Nonpriority creditor's name and mailing address
Goodstein PLLC

501 S G St
Tacoma, WA 98405-4715

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,500.00

---

**3.8** Nonpriority creditor's name and mailing address
Green & Cohen, P.C.

319 E 91st St
New York, NY 10128-5348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$470.50

---

**3.9** Nonpriority creditor's name and mailing address
Jacobowitz Newman Tversky LLP

372 Pearsall Ave Ste C
Cedarhurst, NY 11516-1816

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,374.50

---

**3.10** Nonpriority creditor's name and mailing address
JD Environmental Corp.

5014 16th Ave
Brooklyn, NY 11204-1404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.11** Nonpriority creditor's name and mailing address
JD Lead

1973 52nd St
Brooklyn, NY 11204-1732

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

---

**3.12** Nonpriority creditor's name and mailing address
Joe and Sons

145 Main Ave
Passaic, NJ 07055-5452

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$150,000.00

---

Debtor    975 Walton Bronx LLC
_____    Case number (if known) _____
          Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |
|---|---|---|---|

3.13 Nonpriority creditor's name and mailing address

**Leroy Sookdeo**
**c/o Ivan Diamond, Esq.**
**888 Grand Concourse Ste 1-L**
**Bronx, NY 10451-2802**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.14 Nonpriority creditor's name and mailing address

**Millennium Elevator Enterprises Inc.**

**2618 Avenue Z**
**Brooklyn, NY 11235-2052**

As of the petition filing date, the claim is: *Check all that apply.*    $22,923.55

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.15 Nonpriority creditor's name and mailing address

**Minkoff Locksmith LLC**

**1704 E 21st St**
**Brooklyn, NY 11210-5038**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.16 Nonpriority creditor's name and mailing address

**Mizrahi Law Offices, LLC**

**PO Box 3254**
**Teaneck, NJ 07666-9105**

As of the petition filing date, the claim is: *Check all that apply.*    $3,845.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.17 Nonpriority creditor's name and mailing address

**NYC Water Board**

**PO Box 11863**
**Newark, NJ 07101-8163**

As of the petition filing date, the claim is: *Check all that apply.*    $396,951.92

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.18 Nonpriority creditor's name and mailing address

**Shinelle Sookdeo**
**c/o Rubenstein & Rynecki**
**16 Court St Ste 1717**
**Brooklyn, NY 11241-1017**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.19 Nonpriority creditor's name and mailing address

**SR Construction USA Inc.**

**460 Macdonough St # A**
**Brooklyn, NY 11233-1510**

As of the petition filing date, the claim is: *Check all that apply.*    $2,450.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | 975 Walton Bronx LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,708.45 |
|---|---|---|---|

Yardi Systems Inc.

PO Box 82572
Goleta, CA 93118-2572

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | New York State Attorney General<br>120 Broadway<br>New York, NY 10271-0002 | Line _2.3_<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | NYC Dept of Law<br>Attn: Bernadette Brennan<br>100 Church St | Line _2.2_<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 607,915.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 607,915.02 |

**Fill in this information to identify the case:**

Debtor name     975 Walton Bronx LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Constr. Contract to Remedy Fire Damages** |
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Constr. Contract to Remedy Fire Damages** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residential and Commercial Leases** |
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Residential and Commercial Leases** |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Union Collective Bargaining Agreements** |
| | State the term remaining | |
| | List the contract number of any government contract  _____ | **Union Collective Bargaining Agreements** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name   **975 Walton Bronx LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

   *Column 1: Codebtor*                                                *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Benzion Kohn | 106 N Grove #101<br>East Orange, NJ 07017 | Walton Improvement Group LLC | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **975 Walton Bronx LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1: **Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................... $   13-20 million

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $    1,822,797.21

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................. $   14.8 - 21.8 million

Part 2: **Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*............. $    23,600,290.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................... $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$    607,915.02

4.  **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b
    $    24,208,205.02

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                    Case No. _____

975 Walton Bronx LLC _____    Chapter 11 _____

                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date: February 24, 2021 _____    /s/ David L. Smith, Esq. _____
                                         Debtor


                                         _____
                                         Joint Debtor


                                         _____
                                         Attorney for Debtor

Belkin Burden Wenig & Goldman, LLP
270 Madison Ave # 5
New York, NY  10016-0601


Ben Z. Raindorf, Esq.
Parker Ibrahim & Berg LLP
5 Penn Plz Ste 2371
New York, NY  10001-1810


Benzion Kohn
106 N Grove St # 101
East Orange, NJ  07017-4761


Boro Water Services
5713 11th Ave
Brooklyn, NY  11219-4508


Bug A Boo Inc.
PO Box 140337
Staten Island, NY  10314-0337


Correcttemp Inc.
1463 E 15th St
Brooklyn, NY  11230-6601


Estella Jones
c/o Mitchell Silbowitz, Esq.
25 W 43rd Steet Ste 711
New York, NY  10001

G Bauer Inc.
1624 Webster Ave
Bronx, NY  10457-8016


Goodstein PLLC
501 S G St
Tacoma, WA  98405-4715


Green & Cohen, P.C.
319 E 91st St
New York, NY  10128-5348


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Jacobowitz Newman Tversky LLP
372 Pearsall Ave Ste C
Cedarhurst, NY  11516-1816


JD Environmental Corp.
5014 16th Ave
Brooklyn, NY  11204-1404


JD Lead
1973 52nd St
Brooklyn, NY  11204-1732

```
Joe and Sons
145 Main Ave
Passaic, NJ  07055-5452


Leroy Sookdeo
c/o Ivan Diamond, Esq.
888 Grand Concourse Ste 1-L
Bronx, NY  10451-2802


Millennium Elevator Enterprises Inc.
2618 Avenue Z
Brooklyn, NY  11235-2052


Minkoff Locksmith LLC
1704 E 21st St
Brooklyn, NY  11210-5038


Mizrahi Law Offices, LLC
PO Box 3254
Teaneck, NJ  07666-9105


New York State Attorney General
120 Broadway
New York, NY  10271-0002


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719
```

NYC Water Board
PO Box 11863
Newark, NJ  07101-8163


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Shinelle Sookdeo
c/o Rubenstein & Rynecki
16 Court St Ste 1717
Brooklyn, NY  11241-1017


SR Construction USA Inc.
460 Macdonough St # A
Brooklyn, NY  11233-1510


Thor 975 Walton Avenue LLC
c/o Joseph Matalon, Esq.
450 7th Ave Fl 33
New York, NY  10123-0083


Walton Improvement Group LLC
5676 Riverdale Ave Ste 307
Bronx, NY  10471-0403


Yardi Systems Inc.
PO Box 82572
Goleta, CA  93118-2572