UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                    Chapter 11

975 Walton Bronx LLC,                                     Case No. 21-40487 (JMM)

                                    Debtor.
-----------------------------------------------------------------x

## APPLICATION IN SUPPORT OF THE RETENTION OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS BANKRUPTCY COUNSEL

**TO THE HONORABLE JIL MAZER-MARINO,**
**UNITED STATES BANKRUPTCY JUDGE:**

The application of 975 Walton Bronx, LLC (the "Debtor"), in support of the proposed retention of Goldberg Weprin Finkel Goldstein LLP ("GWFG") as its bankruptcy counsel, represents as follows:

1.      The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on February 26, 2021, and thereafter has continued in possession and management of its assets as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

2.      The Debtor owns a multi-family residential apartment building at 975 Walton Avenue, Bronx, NY containing approximately 182 apartments and approximately five (5) commercial leases, including a cell tower (the "Building").

3.      As with many property owners, the Debtor experienced hardship as a resut of the onset of the Covid-19 pandemic, which impacted rent collections and vacancies. The Debtor was negotiating with its original lender for a relief in monthly mortgage payments when the original lender sold the note to a third party buyer, Walton Improvement Group LLC ("Walton Group"), on or about October 30, 2020.

4.      Thereafter, the Walton Group declared an acceleration of the mortgage debt and instituted foreclosure proceedings, seeking to impose default interest retroactive to the start of the pandemic.

5.      These actions, in combination with a notice of a Sheriff's sale instituted by a judgment creditor, led to the filing of the Chapter 11 petition.

6.      In connection with the Chapter 11 case, the Debtor seeks to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel to provide various legal services, including:

      a.    To provide the Debtor with all necessary representation in connection with this Chapter 11 case, as well as the Debtor's responsibilities as debtor-in-possession.

      b.    To represent the Debtor in all proceedings before the U.S. Bankruptcy Court and the Office of the U.S. Trustee.

      c.    To review, prepare and file all necessary legal papers, applications, motions, objections, adversary proceedings, and reports on the Debtor's behalf.

      d.    To render all other legal services required by the Debtor toward the goal of achieving confirmation of a plan of reorganization, based upon a restructuring of debt and resolution of claims.

7.      The Debtor believes that GWFG is well qualified to represent the Debtor herein, and the firm is sufficiently disinterested within the meaning of the Bankruptcy Code.

8.      GWFG is not a creditor of the Debtor and does not hold an adverse interest to the Debtor or the Debtor's estate.

WHEREFORE, the Debtor requests entry of the pre-fixed order authorizing the

retention of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel.

Dated: New York, New York
      March 31, 2021

                    975 Walton Bronx LLC

                  By:                            
                        David L. Smith, Manager