UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                                          Chapter 11

975 Walton Bronx LLC,                                              Case No. 21-40487 (JMM)

                              Debtor.
--------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS
## IN SUPPORT OF THE RETENTION OF
## GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
## <u>AS ATTORNEY TO THE DEBTOR</u>

        Kevin J. Nash declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

        1.     I am a member of the firm of Goldberg Weprin Finkel Goldstein LLP ("GWFG", or the "Firm"), which maintains offices at 1501 Broadway, New York, New York 10036.

        2.     I respectfully submit this Declaration in support of my Firm's proposed retention as attorneys for 975 Walton Bronx LLC (the "Debtor"). I am admitted to practice before this Court and believe that my firm is well qualified to represent the Debtor herein.

        3.     Neither the Firm nor any member of the Firm holds an interest that would disqualify GWFG from representing the Debtor in connection with the Chapter 11 case.

        4.     I have reviewed the schedules of creditors filed by the Debtor herein, and my Firm does not and has never represented any of the creditors listed in the schedules. As such, I believe my Firm is sufficiently disinterested within the meaning of the Bankruptcy Code to serve as counsel.

        5.     I will bear primary responsibility for this Chapter 11 case. I have considerable experience in bankruptcy matters, having appeared in the Bankruptcy Courts for the

Eastern and Southern Districts of New York on a consistent basis since 1984. My firm will perform the services delineated in the Debtor's supporting application.

6. Prior to the commencement of the Chapter 11 case, my Firm received a payment of $25,000 last fall from the Debtor for services in contemplation of a potential bankruptcy case. No fees are owed in connection with the Firm's prior work on this matter.

7. Within thirty (30) days of the Chapter 11 filing, my firm received a retainer payment of $15,000, the unused portion of which, of approximately $5,000, will be applied to compensation to be award in the bankruptcy case itself.

8. As is customary, the Firm shall maintain individual time records to identify the particular services rendered on the Debtor's behalf, listing the attorney involved, and the task performed. The Firm's current billing rates for bankruptcy matters are $575.00 per hour for partner time, and between $275.00 to $425.00 for associate time. In the event there are changes in the Firm's billing rates, notice will be providing in writing to the Debtor, the Court and the U.S. Trustee.

Dated: New York, New York
       March 17, 2021

/s/ Kevin J. Nash, Esq.