Query   Reports   Utilities   Help   **What's New**   Log Out

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:23-cv-08401-BMC

| | |
|---|---|
| 975 Walton Bronx LLC v. Walton Improvement Group, LLC | Date Filed: 11/13/2023 |
| Assigned to: Judge Brian M. Cogan | Date Terminated: 12/27/2023 |
| Cause: 28:1334 Bankruptcy Appeal | Jury Demand: None |
| | Nature of Suit: 422 Bankruptcy Appeal (801) |
| | Jurisdiction: Federal Question |

**Appellant**

**975 Walton Bronx LLC**   represented by   **Kevin J. Nash**
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
212-301-6944
Fax: 212-221-6532
Email: knash@gwfglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Walton Improvement Group, LLC**   represented by   **Benjamin Mintz**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
212-836-8505
Email: bmintz@kayescholer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Efrem Tobias Schwalb**
Koffsky Schwalb LLC
Koffsky Schwalb LLC
500 Seventh Avenue, 8th Floor
New York, NY 10018
646-553-1590
Fax: 646-553-1591
Email: eschwalb@koffskyschwalb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2023 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 21-40487., filed by 975 Walton Bronx LLC. (Attachments: # 1 # 284 Transmittal of Record, # 2 # 267 Opinion/Decision, # 3 # 277 Order Confirming Chapter 11 Plan, # 4 #282 Appeal Deficiency Notice, # 5 # 283 Notice to Parties) (KD) (Entered: 11/13/2023) |
| 11/13/2023 | | Notice that appeal from the Bankruptcy Court has been docketed. Parties shall file with the Bankruptcy Clerk their designations of items to be included in the record and statement of issues to be presented pursuant to Federal Rule of Bankruptcy Procedure 8009. (KD) (Entered: 11/13/2023) |
| 11/14/2023 | 2 | BANKRUPTCY APPEAL SCHEDULING ORDER. ( Ordered by Judge Brian M. Cogan on 11/14/2023 ) (RG) (Entered: 11/14/2023) |
| 12/11/2023 | 3 | NOTICE of Appearance by Efrem Tobias Schwalb on behalf of Walton Improvement Group, LLC (aty to be noticed) (Schwalb, Efrem) (Entered: 12/11/2023) |
| 12/12/2023 | 4 | Notice of Bankruptcy Record Received - PART 1. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10, # 10 Part 11, # 11 Part 12, # 12 Trans of Add Rec on Appeal (BK, # 13 Trans of Add Rec on Appeal (BK: Notice Recipients) (TLH) (Entered: 12/13/2023) |
| 12/12/2023 | 5 | Notice of Bankruptcy Record Received - PART 2. Scheduling Order previously set by Judge Brian M. Cogan. *See* Document 2 (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Part 5, # 5 Part 6, # 6 Part 7, # 7 Part 8, # 8 Part 9, # 9 Part 10, # 10 Part 11, # 11 Part 12, # 12 Part 13, # 13 Part 14, # 14 Part 15, # 15 Part 16, # 16 Part 17, # 17 Part 18, # 18 Part 19, # 19 Part 20, # 20 Part 21, # 21 Part 22, # 22 Part 23, # 23 Part 24, # 24 Part 25, # 25 Part 26, # 26 Part 27, # 27 Part 28, # 28 Part 29, # 29 Part 30, # 30 Part 31, # 31 Part 32, # 32 Part 33, # 33 Part 34, # 34 Part 35, # 35 Part 36, # 36 Part 37, # 37 Part 38, # 38 Part 39, # 39 Part 40, # 40 Part 41, # 41 Part 42, # 42 Part 43, # 43 Part 44, # 44 Part 45, # 45 Part 46, # 46 Trans of Add Rec on Appeal (BK, # 47 Trans of Add Rec on Appeal (BK: Notice Recipients) (TLH) (Entered: 12/13/2023) |
| 12/26/2023 | 6 | STIPULATION of Dismissal *of Appeal* by Walton Improvement Group, LLC (Schwalb, Efrem) (Entered: 12/26/2023) |
| 12/27/2023 | | ORDER re: 6 . Pursuant to the parties' stipulation, the Clerk is directed to dismiss this appeal pursuant to Federal Rule of Bankruptcy Procedure 8023(a). Ordered by Judge Brian M. Cogan on 12/27/2023. (PW) (Entered: 12/27/2023) |
| 12/27/2023 | | Civil Case Terminated. (RG) (Entered: 01/24/2024) |